IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GRAFTON,<br><br>            Plaintiff,<br><br>            v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>            Defendant. | CIVIL ACTION NO. 1:11-cv-01006-CCC |

**DEFENDANT'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**COMES NOW,** Defendant Jefferson Capital Systems LLC ("JCAP") for an order transferring this matter to the United States District Court for the District of Minnesota.  The grounds for transferring this matter to the District of Minnesota are more fully set forth in the accompanying Memorandum of Law, as supported by the Affidavit of Sharon Sauer, both of which are being filed contemporaneously herewith and incorporated by reference.

//

//

//

//

//

                    Respectfully submitted,

                    DUANE MORRIS LLP


                    ____/s/ Brett L. Messinger
                    By:   Brett L. Messinger
                    30 South 17th Street
                    Philadelphia, PA 19103
                    215.979.1508
                    215.979.1020 fax
                    blmessinger@duanemorris.com

                    Attorneys for Defendant Jefferson Capital Systems, LLC

Dated:  July 25, 2011